# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MAX REED, II,

    Petitioner

v.

STATE OF NEVADA, et al.,

    Respondents

Case No.: 2:22-cv-01763-APG-EJY

**Order Granting Extension of Time to Pay Filing Fee to March 6, 2023**

**(ECF No. 6)**

*Pro se* habeas corpus petitioner Max Reed, II asks the court for an extension of time to pay the filing fee. (ECF No. 6.) Good cause appearing, the motion is granted. He also asks how a family member can pay the filing fee. The fee can be paid to the Clerk of Court in various ways, including via USPS, Fed-Ex, check, money order, or by going to the Reno or Las Vegas Clerk's office and paying with card or cash.

I THEREFORE ORDER that petitioner's motion for extension of time to pay the filing fee (ECF No. 6) is **GRANTED. The deadline to pay the filing fee is extended to March 6, 2023**.

I FURTHER ORDER that petitioner's motion for status check (ECF No. 5) is **DENIED** as moot.

Dated: February 3, 2023

_____
U.S. District Judge Andrew P. Gordon