# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAX REED, II,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Respondents | Case No.: 2:22-cv-01763-APG-EJY<br><br>**Order Granting Extension of Time to Pay Filing Fee to May 6, 2023**<br><br>**(ECF No. 8)** |

*Pro se* habeas corpus petitioner Max Reed, II asks the court for an extension of time to pay the filing fee. (ECF No. 8.) Good cause appearing,

I ORDER that petitioner's motion for extension of time to pay the filing fee (ECF No. 8) is **GRANTED. The deadline to pay the filing fee is extended to May 6, 2023**.

Dated: March 2, 2023

_____
U.S. District Judge Andrew P. Gordon