**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAX REED, II, <br><br> Petitioner <br><br> v. <br><br> STATE OF NEVADA, et al., <br><br> Respondents | Case No.: 2:22-cv-01763-APG-EJY <br><br> **Order Granting Extension of Time to Pay Filing Fee to June 16, 2023** <br><br> [ECF No. 10] |

*Pro se* habeas corpus petitioner Max Reed, II asks the court for an extension of time to pay the filing fee. ECF No. 10. Good cause appearing, the motion is granted. Absent extraordinary circumstances, I am unlikely to grant any further extension.

I THEREFORE ORDER that petitioner's third motion for extension of time to pay the filing fee **[ECF No. 10] is GRANTED. The deadline to pay the filing fee is extended to June 16, 2023**.

Dated: May 16, 2023

_____
U.S. District Judge Andrew P. Gordon