# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Max Reed, II,<br><br>    Petitioner<br><br>v.<br><br>State of Nevada, *et al.*,<br><br>    Respondents | Case No.: 2:22-cv-01763-APG-EJY<br><br>**Order Dismissing Petition and Closing Case** |

Max Reed, II has submitted what he styled as a notice of constitutional challenge. ECF No. 1-1. He has paid the $5.00 filing fee for a habeas action. *See* ECF No. 12. He argues that the way he was charged under Nevada's murder statutes violated his constitutional rights. Thus, his "notice" is actually a petition for writ of habeas corpus brought under 28 U.S.C. § 2254.[1] But Reed already has a § 2254 habeas corpus petition pending before this court challenging the same judgment of conviction. *See* Case No. 2:17-cv-00648-RFB-NJK. He would need to get authorization from the Ninth Circuit Court of Appeals to file a second and successive petition. 28 U.S.C. § 2244(b)(3). The court notes that the Federal Public Defender represents Reed in the earlier-filed petition, and his counsel has indicated that they intend to file an amended petition in that case. Accordingly, I will dismiss this petition because Reed has an ongoing habeas action challenging the same judgment of conviction and he did not obtain leave of the appeals court to file a second and successive petition.

I THEREFORE ORDER that the Clerk of Court file the petition (ECF No. 1-1).

---

[1] Section 2254 states that a federal district court "shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."

I FURTHER ORDER that the petition is DISMISSED.

I FURTHER ORDER that a certificate of appealability will not issue.

I FURTHER ORDER that the Clerk enter judgment accordingly and close this case.

DATED this 12th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE